

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00587-CV

**IN THE INTEREST OF C.S.K.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17273
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:  Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

On November 6, 2017, appellant filed her "Motion to Permit Joinder of Mandamus Action with this Appeal." Because we have dismissed the appeal for want of jurisdiction by opinion of this same date, we **DENY AS MOOT** appellant's "Motion to Permit Joinder of Mandamus Action with this Appeal."

It is so ORDERED on November 29, 2017.

          PER CURIAM

ATTESTED TO: _____
     KEITH E. HOTTLE,
     Clerk of Court